**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

BRENDA LOWERY, et al.,

      Plaintiffs,

vs.                         CASE NO.: 3:08cv186/MCR/EMT

CASH'S CABANAS, INC., et al.,

      Defendants.

_____/

**O R D E R**

      This matter is before the court on Plaintiff's Notice of Objection filed July 17, 2009. (Doc. 134).  Plaintiff objects to defendants' "untimely filed records of fees and costs" for the monthly periods between June 2998 and February 2009, all filed July 13, 2009.  Upon review, the court finds the records were not filed consistent with the requirements of  Local Rule 54.1(b)(2).  Accordingly, the attorney fees records filed at document entries 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 126, 127, 128, 129, 130, and 131 are untimely and shall not be considered on any future request for fees.  The clerk is directed to note the records are "not to be considered" at each of the docket entries identified herein.

      **DONE and ORDERED** this 28th day of September, 2009.

                       s/ *M. Casey Rodgers*

                       **M. CASEY RODGERS**
                       **UNITED STATES DISTRICT JUDGE**