IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BRENDA LOWERY, et al.,

    Plaintiffs,

vs.                                  Case No. 3:08cv186/MCR/MD

CASH'S CABANAS, INC., et al.,

    Defendants.
_____/

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 4, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing plaintiffs' objections to the Recommendation and defendants' response, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The plaintiff's motion for entry of award of attorney's fees and legal expenses and incorporated memorandum of law (doc. 168) is GRANTED, and the court hereby award attorneys' fees to plaintiffs in the amount of $64,661.50 and costs in the amount of $535.10 for a total award of $65,196.60.

DONE AND ORDERED this 15th day of February, 2011.

                                         *s/ M. Casey Rodgers*
                                         M. CASEY RODGERS
                                         UNITED STATES DISTRICT JUDGE